```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 09332
   DAVID CONDE
   MARY JEAN T CONDE                      CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-5238     SSN XXX-XX-9262

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/22/07 and confirmed on 08/03/07.

     2.  The case was converted to Chapter 7 after confirmation, 05/09/2008.

     3.  The Debtor paid a total of $  16748.78 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| ABN AMRO MORTGAGE | SECURED | .00 | .00 | .00 |
| SVO VISTANA VILLAGES INC | UNSECURED | 18321.96 | .00 | 1430.21 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 41161.18 | 3246.43 | 4706.78 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 21710.53 | 1499.85 | 3860.09 |
| CITIFINANCIAL | UNSECURED | 10998.03 | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 658.35 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6028.81 | .00 | .00 |
| NEW YORK & CO | UNSECURED | NOT FILED | .00 | .00 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 993.89 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1083.38 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 93.50 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 18361.98 | .00 | .00 |
| CITIFINANCIAL | FILED LATE | .00 | .00 | .00 |

```
         Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 62871.71 | .00 | 56539.90 | .00 | 119411.61 |
| PRINCIPAL PAID | 8566.87 | .00 | 1430.21 | .00 | 9997.08 |
| INTEREST PAID | 4746.28 | .00 | .00 | .00 | 4746.28 |
| TOTAL PAID | 13313.15 | .00 | 1430.21 | .00 | 14743.36 |

```
The Debtor's attorney, KENNETH S BORCIA & ASSOC        , was allowed $   3000.00
and was paid $   1719.00   direct and $   1281.00   through the plan.

The Trustee received $    724.42 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 09332 DAVID CONDE & MARY JEAN T CONDE